**No. 42433.**—Protest 981873–G of V. W. Davis (Duluth).

Opinion by McClelland, P. J. On the record presented the protest was overruled.

**No. 42434.**—Protest 977712–G of Greenberger & Stone (New York).

Opinion by McClelland, P. J. On the record presented the protest was overruled.

**No. 42435.**—Protests 815637–G, etc., of Overseas Trading Co. et al. (Portland, Oreg.).

Opinion by McClelland, P. J. On the record presented the protests were overruled.

**No. 42436.**—Petition 5820–R of R. J. Saunders & Co., Inc. (New York).

Opinion by McClelland, P. J. It was found that the entry was without any intent to defraud the revenue or to deceive the appraiser. The petition was therefore granted.

**No. 42437.**—Petition 5799–R of Frank E. Beeson (New Orleans).

Opinion by McClelland, P. J. On the record presented it was found that there was no fraudulent intent and the petition was granted.

**No. 42438.**—Petition 5847–R of Dynamo Tulle Importing Co., Inc. (New York).

Opinion by McClelland, P. J. It appeared that the merchandise was purchased in French currency and was appraised on the basis of United States value. On reappraisement the invoice values were sustained as to all of the items except the one here in question. The evidence showing good faith and no fraudulent intent the petition was granted.

BEFORE THE SECOND DIVISION, OCTOBER 13, 1939

**No. 42439.**—Petition 5883–R of Spirito's Music School (Cleveland).

Opinion by Kincheloe, J. On the record presented it was found there was no intention to defraud the revenue or to conceal or misrepresent the facts. The petition was therefore granted.